**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **CATHY J. RAY,** | : | Case No. **24-20511-JAD** |
| *Debtor,* | : | |
| | : | Doc. No._____ |
| **CATHY J. RAY,** | : | |
| *Movant,* | : | Filed under Section |
| vs | : | 362(c)(3) of the |
| **AAA DEBT RECOVERY, DISCOVER BANK, ENHANCED RECOVERY COMPANY, LLC.,** | : | Bankruptcy Code |
| **FIRST COMMONWEALTH BANK, I.C. SYSTEMS, INC., LAKEVIEW LOAN SERVICING,** | : | |
| **LLC, LOAN CARE, LLC., ONE MAIN FINANCIAL, PNC BANK, PNC MORTGAGE, and U.S.** | : | Related to Doc. #6 |
| **DEPT. OF EDUCATION,** | : | |
| *Respondents,* | : | |

## ORDER OF COURT

AND NOW, this ___21st___ day of _____March_____, 20_24_,
upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED,
that the automatic stay in this case is extended as to all named Respondents and will continue until
further order of court.

By The Court,

_____ sjk
Jeffery A. Deller, U.S. Bankruptcy Judge

FILED
3/21/24 12:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                            Case No. 24-20511-JAD

Cathy J. Ray                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: auto                                                    Page 1 of 1

Date Rcvd: Mar 21, 2024                        Form ID: pdf900                                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

**Recip ID**                      **Recipient Name and Address**
db                      +      Cathy J. Ray, 103 Stevenson Street, P.O. Box 126, Midway, PA 15060-0126

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024                                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:**

**Name**                                        **Email Address**

Denise Carlon
                                        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com

Gary W. Darr
                                        on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Michael S. Geisler
                                        on behalf of Debtor Cathy J. Ray m.s.geisler@att.net
                                        msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
                                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                        cmecf@chapter13trusteewdpa.com

TOTAL: 5