IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
|  | : |  |
| **CATHY J. RAY** | : | Case No.    **24-20514** |
|  | : |  |
| Debtor | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 9/1/2023 | 10/1/2023 | 11/1/2023 | 12/1/2023 | 1/1/2024 | 2/1/2024 |
|---|---|---|---|---|---|---|
| Take Home Pay | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Total | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |

DATED:    3/25/2024

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net