**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 24-20511 |
| | CHAPTER 13 |
| Cathy J. Ray, | |
|    Debtor. | |

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of PNC BANK, NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        Attorney for Secured Creditor
        130 Clinton Rd #202
        Fairfield, NJ 07004
        Telephone: 470-321-7112
        Facsimile: 404-393-1425

        By: \_/s/Robert Shearer\_
           Robert Shearer, Esquire
           Pennsylvania Bar No. 83745
           Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 22, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

CATHY J. RAY
103 STEVENSON STREET, P.O. BOX 126
MIDWAY, PA 15060

And via electronic mail to:

MICHAEL S. GEISLER
1100 PENN CENTER BLVD., #704
PITTSBURGH, PA 15235

RONDA J. WINNECOUR
SUITE 3250, USX TOWER, 600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE, SUITE 1316
PITTSBURGH, PA 15222

By: /s/ Angela Zuelke